UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-24.20___

EDWIN RAMOS, on behalf of himself, individually,
and on behalf of all others similarly-situated,

Plaintiff,

-against-

PARKCHESTER   DEPARTMENT   OF   PUBLIC
SAFETY LLC d/b/a PARKCHESTER DPS LLC,

Defendant.

Docket No.: 1:16-cv-8649 (JGK)

[~~PROPOSED~~] **ORDER OF
DISMISSAL WITH
PREJUDICE**

**WHEREAS**, the parties in the above-captioned action have reached an agreement in
principle to resolve this matter; and

**WHEREAS**, this Court, having reviewed the settlement agreement,

**NOW THEREFORE** upon the joint application of all parties, by their respective counsel,
for entry of an Order of Dismissal with Prejudice; and the parties' having consented to the entry
of this Order; and sufficient cause appearing for the same; after due deliberation;

It is **HEREBY ORDERED AS FOLLOWS**:

1.      The parties' settlement has been negotiated in good faith at arm's length by the
parties' respective counsel;

2.      The settlement, including the allocation of Plaintiffs' recovery and requested
attorneys' fees to Plaintiffs' counsel, is approved as a fair and reasonable disposition of the
Plaintiffs' Fair Labor Standards Act claims, pursuant to *Cheeks v. Freeport Pancake House, Inc.*,
796 F.3d 1999 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36
(S.D.N.Y. 2012); and

1

3.    Accordingly, this action, and all of the claims asserted herein, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), without an award of costs or attorneys' fees to any party except as provided for in the parties' settlement agreement; and

4.    The Court shall retain jurisdiction over this matter solely to enforce the settlement.

**SO ORDERED:**

_____, 2020
New York, New York

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

*The Clerk is directed to enter Judgment consistent with this Order. The Clerk is also directed to close this case. No further conference is needed with respect to this case.*

*So ordered.*

*1/24/20    U.S.D.J.*