# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EDWIN RAMOS, on behalf of himself, individually,
And on behalf of all others similarly situated,
                                          Plaintiff,

                     -against-

PARKCHESTER DEPARTMENT OF PUBLIC
SAFTEY LLC d/b/a PARKCHESTER DPS LLC,
                                          Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

16 **CIVIL** 8649 (JGK)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 24, 2020, this action, and all of the claims asserted herein,

is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(2), without an award of costs or attorneys' fees to any party except as provided for in the

parties' settlement agreement. The Court shall retain jurisdiction over this matter solely to enforce

the settlement; accordingly, the case is closed.

**Dated:** New York, New York
        January 27, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                     **BY:**    _Kmango_
                                          **Deputy Clerk**